IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOB RIHA, JR.<br>3053 Marwick Ave.<br>Long Beach, CA 90808<br><br>    Plaintiff,<br><br>vs.<br><br>RUBBERSIDEWALKS, INC.<br>2622 West 157th Street<br>Gardena, CA 90249<br><br>    Defendant. | Case No.:<br><br>COMPLAINT AND JURY DEMAND |

## COMPLAINT

Plaintiff, Bob Riha, Jr. ("Plaintiff," or "Mr. Riha"), brings this complaint in the United States District Court for the District of Columbia against Rubbersidewalks, Inc. ("Rubbersidewalks" or "Defendant"), alleging as follows:

### NATURE OF THE CASE

1. Mr. Riha is a prominent and experienced freelance photographer whose work has been featured in many national and international publications, including USA TODAY. Pursuant to his freelance agreements, Mr. Riha takes photo assignments and delivers images for the newspaper's print and online editions in exchange for an assignment fee and photo usage fee. With respect to USA TODAY, Mr. Riha retains copyright to his photographs and owns all rights in his photographic works, including the right to reproduce the works and to publicly display and distribute them.

2. Rubbersidewalks is a supplier of modular, non-concrete sidewalks, made out of heavy-duty recycled rubber. It distributes its products nationally and has a sales force in the

1

Washington, D.C. region. In September, 2006, USA TODAY featured an article online and in print about Rubbersideswalks, which included two of Mr. Riha's copyrighted photographs.

3. Without permission, in order to promote its company and sales of its rubber products, Rubbersidewalks copied, displayed and distributed two of Mr. Riha's photographs (the "Photographs") on its website at www.rubbersidewalks.com. *See* Exhibit 1.

4. Upon discovery of Rubbersidewalks' unauthorized use, Mr. Riha demanded that Defendant remove the copyrighted works and compensate him. In response, Rubbersidewalks created a direct link to the USA TODAY website and article in the "Press and Media" of its home page. At the same time, Rubbersidewalks refused to pay Mr. Riha's fee, requiring him to retain legal counsel.

5. Over the course of more than one year, Defendant has persisted in refusing to compensate Mr. Riha for the infringements of his copyrighted photographs. Moreover, despite creating the direct link to USA TODAY, Rubbersidewalks has maintained the photos on its server at http://www.rubbersidewalks.com/pdf/USA_Today.pdf.

6. By this action, Mr. Riha seeks compensatory, statutory and punitive damages for copyright infringement by the Defendant.

## PARTIES

7. Mr. Riha is an individual residing in the State of California with an address at 3053 Marwick Ave., Long Beach, California, 90808.

8. Mr. Riha is a professional photographer with clients throughout the United States, including Washington, D.C.

9. On information and belief, Rubbersidewalks is a California corporation with a principal place of business at 2622 West 157th St., Gardena, California, 90249.

10. On information and belief, Rubbersidewalks is a supplier of non-concrete, modular rubber sidewalks to over 60 cities in the United States including the District of Columbia.

11. On information and belief, Washington D.C. is included in Rubbersidewalks' five sales territories in the United States and Rubbersidewalks maintains a sales representative in its Mid-Atlantic territory which includes Washington, D.C.

## JURISDICTION AND VENUE

12. This Court has personal jurisdiction over Defendant Rubbersidewalks by virtue of their transacting, doing, and soliciting business in the District of Columbia through, among other things, presence of a Rubbersidewalks Sales Representative in its Mid-Atlantic territory which serves Washington D.C., ownership and/or control of one or more interactive websites aimed at residents of Washington, D.C., and by engaging in commercial practices in the District of Columbia.

13. This case arises under the Copyright Act, 17 U.S.C. § 101 *et seq*.

14. This court has subject matter jurisdiction to pursuant to 17 U.S.C. §§ 1331 and 1338.

15. Venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a).

## Factual Allegations Related to All Claims

16. Mr. Riha is an experienced photojournalist. His photographs have achieved worldwide renown. Mr. Riha has worked as a freelance photographer for USA TODAY since 1983, having completed over 2,000 photo assignments. In addition, Mr. Riha routinely contributes photography to The Associate Press, Reuters, WireImage, U.S. News & World Report, Getty Images and others, and his photographs have appeared in many newspapers, including the Washington Post. Mr. Riha also operates the website, www.rihaphoto.com.

17. On or about September 1, 2006, Mr. Riha accepted a photographic assignment from USA TODAY and took photographs to accompany a print and online article about Rubbersidewalks. On or about September 19, 2006, USA TODAY published the article about Rubbersidewalks in print and online along with two of Mr. Riha's images (the "Photographs").

18. Upon publication of the USA TODAY article online and in print, Defendant had access to and intentionally copied Mr. Riha's photographs. Further, Defendant intentionally and/or negligently copied, and publicly distributed and/or publicly displayed the infringed Photographs by placing them on its server, enabling them to appear on its publicly accessible website www.rubbersidewalks.com and to be downloaded and copied by members of the public. All of Defendant's actions were taken without prior request or permission of Mr. Riha.

19. In early October 2006, Mr. Riha discovered that Defendant had published two of his images on its website at www.rubbersidewalks.com without his permission. On or about October 10, 2006, Mr. Riha sent Rubbersidewalks a letter demanding that Defendant remove the infringing content from its website and an invoice seeking compensation for the unauthorized copying and use of his copyrighted works.

20. On or about October 16, 2006, less than three months after publication of his Photographs, Mr. Riha registered copyright in the images at issue with the United States Copyright Office and was subsequently issued Registration Certificate No. VA0001380256. At all relevant times, Mr. Riha was and is the sole owner of all exclusive rights to the infringed Photographs.

21. Subsequent to his demand, Rubbersidewalks created a direct link to the USA TODAY website in the "Press and Media" of its home page. However, Rubbersidewalks maintained the photographs on its server, which can be directly accessed by an active link at

http://www.rubbersidewalks.com/pdf/USA_Today.pdf. Moreover, Defendant failed to remit any payment as demanded by Mr. Riha.

22. Thereafter, Mr. Riha retained counsel in order to secure compensation for the Defendant's infringement of his registered copyrighted works. Despite ongoing efforts of counsel to secure fair compensation for the copyright infringement, Rubbersidewalks refused to remit any payment.

23. On or about August 18, 2007, Defendant unilaterally sent Mr. Riha a dated, unsigned and thus worthless check in the amount of $500. *See* Exhibit 2. Counsel for Plaintiff interpreted this worthless check as a counteroffer of settlement which was rejected.

24. Despite Plaintiff's good faith efforts over more than one year to resolve this dispute, Defendant has failed adequately to remove Mr. Riha's photographs from its server and to compensate Mr. Riha for its unauthorized exploitation and dissemination of his federally-registered, copyrighted photographs.

## COUNT I
### Direct Copyright Infringement and Related Claims Pursuant to 17 U.S.C. §101 et seq.

25. Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-24, inclusive.

26. By its actions alleged in this Complaint, Defendant has directly infringed Mr. Riha's copyrights in and relating to the Photographs.

27. Defendant has reproduced the Photographs, created derivative works based on them, displayed them publicly, and distributed them to the public on an unlimited and unrestricted basis without permission, all in violation of 17 U.S.C. §106.

28. Plaintiff is further entitled to recover from the Defendant the damages he has sustained and will sustain, and any gains, profits and advantages obtained by the Defendant as a result of the Defendant's willful acts of infringement alleged in this Complaint, or in the alternative

statutory damages, as well as attorneys fees, and including but not limited to such damages and awards as are available under 17. U.S.C. §§504-505.

29.     Plaintiff has no adequate remedy at law.

## COUNT II
### Contributory Copyright Infringement and Related Claims Pursuant to 17 U.S.C. §101 et seq.

30.     Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-29, inclusive.

31.     Defendant's conduct, as alleged in this Complaint, constitutes contributory infringement of Mr. Riha's copyrights in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

32.     Defendant directly encouraged, facilitated, and/or induced the unauthorized reproduction, adaptation, distribution, and public display of Mr. Riha's works by others; thus, Defendant is contributorily liable for Mr. Riha's damages resulting from same.

33.     Plaintiff is entitled to recover from the Defendant the damages he has sustained and will sustain, and any gains, profits and advantages obtained by Defendant as a result of the Defendant's contributory infringements alleged in this Complaint, or in the alternative statutory damages, as well as attorneys fees, and including but not limited to such damages and awards as are available under 17. U.S.C. §§504-505.

34.     Plaintiff has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

    A.      Ordering an accounting of all revenue received by the Defendant as a result of its unlawful conduct.

B.  Awarding Plaintiff: 1) Defendant's profits realized as a result of the copyright infringement, or in the Court's discretion, such sum as the Court finds to be just; 2) damages sustained by Plaintiff; 3) reasonable attorneys fees; and 4) the costs of this action.

C.  Awarding Plaintiff statutory damages and attorney's fees pursuant to 17 U.S.C. §§ 504-505.

D.  Awarding Plaintiff prejudgment and post-judgment interest on any monetary award in this action.

E.  Granting such other and further relief as to this Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: May 7, 2008

LUTZKER & LUTZKER LLP

By /s/ Arnold P. Lutzker

Arnold P. Lutzker (D.C. Bar No. 101816)
Jeannette Maurer Carmadella (D.C. Bar No. 500586)
Lutzker & Lutzker LLP
1233 20th Street, NW, Suite 703
Washington, DC 20036
Phone: (202) 408-7600
Fax:   (202) 408-7677

# EXHIBIT 1

USATODAY.com - Tree roots can't ravage this sidewalk                                09/19/2006 10:28 PM

Search [_____]   How do I find it?                        Most popular on site | Subscribe to paper

classmates.com
I graduated in:
State: [MD] Year: [96] [GO!]    Springfield High (1084)    Martin Luther King High (676)   Trinity High School (326)    NEW YOUR High School (820)

USA TODAY   Home   News   Travel   Money   Sports   Life   Tech   Weather

Nation [Inside News ▼]                    » Shopping » Buy a Car » Job Search » Online Dating » Real Estate

# Tree roots can't ravage this sidewalk

Updated 9/19/2006 11:47 PM ET

E-mail | Save | Print | Reprints & Permissions | Subscribe to stories like this RSS

**By Rick Hampson, USA TODAY**

The streets of America were never paved with gold, but now some of its sidewalks are made of rubber.



Richard Valeriano, senior sidewalk inspector for the city of Santa Monica, Calif., and father of the rubber sidewalk, has been using rubber sidewalks mostly near ficus trees throughout the city.

Dozens of communities have installed rubber because it coexists with tree roots more easily than concrete. The latter buckles as roots grow under it; rubber merely bends. As a result, trees are spared from root damage; municipalities from trip-and-fall lawsuits.

"A rubber sidewalk? It sounds preposterous," admits Richard Valeriano, senior sidewalk inspector for the city of Santa Monica, Calif., and father of the rubber sidewalk.

The idea came to him in a dream after a day of staring down at yard after yard of pavement cracked by ficus tree roots.

That night, in his sleep, he saw concrete pavement rippling, flowing, undulating. But he didn't know what it meant until he noticed his health club installing a rubber indoor sports floor. "That," he says, "is when the penny dropped."



The two-foot by two and half-foot, 53 pound rubber panels are less expensive for routine repairs compared to concrete sidewalks.

The city worked with the sports floor manufacturer on a rubber sidewalk prototype made from recycled tires. After the modular, pre-molded panels passed test-exposure to hazards such as rollerblades, bike stands and high heels, the city began laying rubber in 2001.

Rubbersidewalks of Gardena, Calif., began commercial production in 2004. Lindsay Smith, the company's president, says more than 60 municipalities have ordered panels.

She says that unlike poured concrete, the rubber panels have spaces between them, so rainwater can trickle down more easily to the roots, making them less likely to press up in search of moisture. The panels are removable, so arborists can trim and redirect roots without tearing up the sidewalk. They also help recycle the nation's vast supply of old tires.

Rubber sidewalks are soft — not bouncy, really, but with more give than concrete. "You can drop a glass on it, and it won't break," Valeriano says. In sales demonstrations, Smith does just that.

The sidewalks on Sutton Manor Road in New Rochelle, N.Y., are so wracked by linden tree roots that pedestrians use the street, says Terry Gargan, a semi-retired maritime lawyer. "I look at the sidewalks on this street, and I see 20 potential lawsuits."

But not in front of his house, where the city installed a slate-colored rubber sidewalk. He says people notice the difference only when they step on it and feel a certain spring. "They come up and ring the bell: 'What's the story?'"

Earlier this year, Washington D.C., spent about $60,000 to install 4,000 square feet of rubber sidewalks on several leafy blocks in the city's Northeast section.

On Sept. 13, the Boston City Council voted to study installing such sidewalks there.

Council member Rob Consalvo says some constituents in his largely suburban district were demanding the removal of trees whose volcanic roots effectively closed sidewalks to baby strollers, wheelchairs and the elderly.

Related Advertising Links     What's this?
Official Site: AMBIEN CR™
AmbienCR.com

Home123® Mortgage - A Direct Lender
www.Home123.com

Kaplan University Earn A Degree Online!
www.Kaplan.com

Advertisement

GET THE FANTASY EDGE FROM OUR WEEKLY PODCAST
Click here to go to podcast


FANTASY PLAYBOOK
USA TODAY Sports

E-mail features
E-mail newsletters
Sign up to receive our free Daily Briefing e-newsletter and get the top news of the day in your inbox.

**EXHIBIT 2**

🔒 THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW 🔒

**RUBBERSIDEWALKS, INC.**
General Account
2622 West 157th Street
Gardena, CA 90249
(310) 515-5814

Comerica Bank
21535 HAWTHORNE BLVD.
TORRANCE, CA 90503
90-3752/1211

1071

08/18/2007

PAY TO THE ORDER OF  Bob Riha                           $**500.00

Five hundred and 00/100*************************************************************** DOLLARS

Bob Riha
c/o Lutker, Lutker & Settlemyer
1000 Vermont Avenue, NW Suite 450
Washington, DC  20005

NOT VALID AFTER 90 DAYS OF ISSUANCE

MEMO                                                    AUTHORIZED SIGNATURE

⑈00 1071⑈ ⑆1211 3752 2⑆ 189309422⑈

**RUBBERSIDEWALKS, INC.**  GENERAL ACCOUNT                                         1071
     08/18/2007        Bob Riha

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|------|------|-----------|-----------------|-------------|---------|
| 10/10/2006 | Bill | 1/2 payments | 500.00 | 500.00 | 500.00 |
| | | Check Amount | | | 500.00 |

Cash:Comerica Bank                                                            500.00

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

### I (a) PLAINTIFFS
Bob Riha, Jr.

### DEFENDANTS
Rubbersidewalks, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Los Angeles, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Los Angeles, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Arnold P. Lutzker
Lutzker & Lutzker LLP
1233 20th St. NW, Suite 703
Washington, DC 20036

Case: 1:08-cv-00785
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/7/2008
Description: General Civil

JURY ACTION

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
17 U.S.C. § 101 et seq. Defendant has infringed Plaintiff's copyrights in his photographic works.

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 100,000.00    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE May 7 2008    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.