CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOB RIHA, JR. | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-785(RMU) |
| | ) | |
| | ) | |
| RUBBERSIDEWALKS, INC. | ) | |
| | ) | Category   E |
| | ) | |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 13, 2008 from  Judge

Ellen S. Huvelle  to Judge Ricardo M. Urbina by direction of the Calendar

Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:    Judge Urbina & Courtroom Deputy
       Judge Huvelle & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk