IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOB RIHA, JR.<br>3053 Marwick Ave.<br>Long Beach, CA 90808<br><br>     Plaintiff,<br>vs.<br><br>RUBBERSIDEWALKS, INC.<br>2622 West 157th Street<br>Gardena, CA 90249<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00785<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENTED MOTION FOR EXTENSION OF TIME

Plaintiff, BOB RIHA, JR. files this Agreed Motion to Extend Time for Defendant, RUBBERSIDEWALKS, INC., to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant has requested an extension of time to answer. Plaintiff has agreed to such an extension. The parties are presently pursuing a negotiated resolution to the proceeding and need additional time in which to determine whether settlement will be feasible. The parties respectfully request that Defendant be granted an extension of time to file its Answer or otherwise respond to Plaintiff's Complaint to August 18, 2008.

WHEREFORE, Plaintiff, BOB RIHA, JR., respectfully moves the Court to extend the deadline as set forth above pursuant to the request of RUBBERSIDEWALKS, INC.

Dated: July 18, 2008

                LUTZKER & LUTZKER LLP

                By: /s/ Arnold P. Lutkzer
                Arnold P. Lutzker (D.C. Bar No. 101816)
                Jeannette Maurer Carmadella (D.C. Bar
                No.500586)
                Lutzker & Lutzker LLP

        1233 20th Street, NW, Suite 703
        Washington, DC 20036
        Phone: (202) 408-7600
        Fax:   (202) 408-7677

RUBBERSIDEWALKS, INC.

By: /s/ Lindsay Smith
Lindsay Smith
Rubbersidewalks, Inc.
2622 West 157th St.
Gardena, CA 90249

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2008, a copy of the foregoing document was delivered via electronic transmission to the non-CM/ECF party at the email address listed below.

Lindsay Smith Lindsay@rubbersidewalks.com

/s/ Arnold P. Lutkzer
Arnold P. Lutzker (D.C. Bar No. 101816)
Lutzker & Lutzker LLP
1233 20th Street, NW, Suite 703
Washington, DC 20036
Phone: (202) 408-7600
Fax:   (202) 408-7677
Arnie@lutzker.com