# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOB RIHA, JR., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.:   08-0785 (RMU) |
| v. : | |
| : | Document No.:   4 |
| RUBBERSIDEWALKS, INC., : | |
| : | |
| Defendant. : | |

## MEMORANDUM OPINION

### Granting the Plaintiff's Consent Motion to Dismiss With Prejudice

On May 7, 2008, the plaintiff filed a complaint against the defendant in the above-captioned matter.  On October 20, 2008, the plaintiff filed a motion to dismiss the action with prejudice, stating that on September 19, 2008, the parties entered into a confidential settlement whereby they agreed to settle fully and completely all claims associated with the above-captioned matter and the plaintiff agreed to move to dismiss with prejudice all associated claims.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the court grants the plaintiff's motion to dismiss with prejudice.  An Order consistent with this Memorandum Opinion is separately and contemporaneously issued this 21st day of October, 2008.

RICARDO M. URBINA
United States District Judge